JOHN S. SARGETIS SBN: 80630
STEPHEN J. FOONDOS SBN: 148982
UNITED LAW CENTER
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Office: (916) 367-0630
Facsimile: (916) 265-9000

Attorneys for Plaintiffs,
LAWRENCE LODER, NANCY LODER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LAWRENCE LODER AND NANCY LODER, | Case No.: 3:11-CV-00053-TEH |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER |
| vs. | |
| WORLD SAVINGS BANK, N.A; WELLS FARGO BANK, N.A., dba WACHOVIA MORTGAGE FSB; 5 STAR REAL ESTATE INVESTMENTS. Defendants. | |

///
///
///
///
///
///
///

~~[PROPOSED]~~ ORDER:

1. The case management conference currently set for June 20, 2011 is hereby continued to 07/25/2011 at 1:30 p.m.

2. On or before 07/18/2011, the parties shall file a Joint Case Management Statement pursuant to Fed. R. Civ. P. 26 and L.R. 16-9.

IT IS SO ORDERED.

DATED: 06/13/2011



Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] Order
2