UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LAWRENCE LODER, et al.,<br>Plaintiffs, | No. C 11-0053 TEH |
| v. | **ORDER RE: ATTENDANCE** |
| WORLD SAVINGS BANK, N.A., et al.,<br>Defendants. | Date: August 23, 2011<br>Mediator: Linda DeBene |

IT IS HEREBY ORDERED that the request to allow defendant Wachovia Mortgage's representative (either Michael Goldberg or Joseph Krause) to participate telephonically in the August 23, 2011, mediation before Linda DeBene is GRANTED. The representative shall be available at all times to participate in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

Dated Aug 11, 2011    By: _____
Elizabeth D. Laporte
United States Magistrate Judge